# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| HEATHER L. EGAN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv00037 |
| | ) | |
| | ) | **<u>JUDGMENT</u>** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: PAMELA MEADE SARGENT |
|     Defendant | ) | United States Magistrate Judge |

For the reasons set forth in the opinion accompanying this judgment, it is **ADJUDGED AND ORDERED** that the plaintiff's attorney, Lewey K. Lee, Esquire, is awarded a reasonable fee pursuant to 42 U.S.C.A. § 406(b)(1)(A) (West 2003 & Supp. 2008), for services in this court in the amount of $ 4,150.00, to be paid by the Social Security Administration from the amount of past due benefits awarded to the claimant in this case, but not to exceed 25 percent of the amount of past due benefits awarded or $ 7,576.75, whichever is less.

    ENTER: September 8, 2008.

    /s/ *Pamela Meade Sargent*
    UNITED STATES MAGISTRATE JUDGE